# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PEREZ CERVANTES, | Case No. 1:14-cv-01647-SAB |
| Plaintiff, | ORDER APPROVING STIPULATION |
| v. | ECF NO. 9 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On April 29, 2015, the parties in this action filed a stipulation to extend the deadline for Plaintiff's letter brief by 21 days. It is HEREBY ORDERED that the parties' stipulation is APPROVED and Plaintiff's letter brief shall be filed on or before May 22, 2015. All other deadlines in the Court's scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **April 30, 2015**

UNITED STATES MAGISTRATE JUDGE